No. 1, Orig.  WISCONSIN ET AL. v. ILLINOIS ET AL.;

No. 2, Orig.  MICHIGAN v. ILLINOIS ET AL.; and

No. 3, Orig.  NEW YORK v. ILLINOIS ET AL., 388 U. S. 426. It is ordered that Honorable Albert B. Maris, Senior Judge of the United States Court of Appeals for the Third Circuit, be appointed Special Master in these cases with authority to fix the time and conditions for the filing of additional pleadings and to direct subsequent proceedings, and with authority to summon witnesses, issue subpoenas, and take such evidence as may be introduced and such as he may deem necessary to call for.  The Master is directed to submit such reports as he may deem appropriate.

The Master shall be allowed his actual expenses.  The allowances to him, the compensation paid to his technical, stenographic and clerical assistants, the cost of printing his report, and all other proper expenses shall be charged against and be borne by the parties in such proportion as the Court may hereafter direct.

It is further ordered that if the position of Special Master in these cases becomes vacant during a recess of the Court, THE CHIEF JUSTICE shall have authority to make a new designation which shall have the same effect as if originally made by the Court.

The motion for leave to file petition for modification of decree is referred to the Special Master.

No. 78–711.  SOUTHEASTERN COMMUNITY COLLEGE v. DAVIS. C. A. 4th Cir.  [Certiorari granted, 439 U. S. 1065.]  Motion of the Solicitor General for leave to file a brief as amicus curiae granted.

No. 78–752.  BAKER v. McCOLLAN.  C. A. 5th Cir.  [Certiorari granted, 439 U. S. 1114.]  Motion of American Civil Liberties Union et al. to participate in oral argument as amici curiae denied.